

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF         CV 09 80 229MISC

Caroline Hoffberg Knowles - #224918

_____/



### ORDER TO SHOW CAUSE

It appearing that Caroline Hoffberg Knowles has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Caroline Hoffberg Knowles
Attorney at Law
P.O. Box 1360
Lakeport, CA 95453-1360